1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorney for Plaintiff
Jose Escobedo

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | No. 1:15-cv-00589-JAM-GSA |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| JEFF KONG, et al., | |
| Defendants. | |

STIPULATION FOR DISMISSAL OF ACTION; [PROPOSED] ORDER

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Jose Escobedo and Defendants Jeff Kong, Joyce Kong, Guang Xiong Chen dba Chopsticks, Gui Fang Lin dba Chopsticks, Cindy Vu dba Kevin's Ninety-Nine Cents Plus, and Tinh Ngoc Le dba Kevin's Ninety-Nine Cents Plus, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: June 23, 2015                              MOORE LAW FIRM, P.C.


                                                 */s/ Tanya E. Moore*
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff
                                                 Jose Escobedo

Date: June 23, 2015                              HELON & MANFREDO LLP


                                                 */s/ Donald R. Forbes*
                                                 Donald R. Forbes
                                                 Attorneys for Defendants
                                                 Jeff Kong, Joyce Kong, Guang Xiong Chen dba Chopsticks, Gui Fang Lin dba Chopsticks, Cindy Vu dba Kevin's Ninety-Nine Cents Plus, and Tinh Ngoc Le dba Kevin's Ninety-Nine Cents Plus

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.  Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.


Dated:   June 24, 2015                           /s/ John A. Mendez
                                                 United States District Court Judge